UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chad Knecht,
on behalf of himself and others
similarly situated,

    Plaintiff,

v.

C & W Facility Services, Inc.,
    Defendant.

Case No. 2:20-cv-3899

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

The parties jointly move to transfer this case to the United States District Court for the District of Massachusetts. Joint Mot., ECF No. 57. Pursuant to 28 U.S.C. § 1404(a), the Court **GRANTS** the parties' motion and **TRANSFERS** this case to United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

                                    */s/ Michael H. Watson*
                                    **MICHAEL H. WATSON, JUDGE**
                                    **UNITED STATES DISTRICT COURT**